IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
APR - 1 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 4:22MJ190 |
| v. | § § § |
| ROBERT TODD WEST | § § § § |

# ORDER

The Defendant's initial appearance was held on April 1, 2022. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on April 1, 2022. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, ROBERT TODD WEST , should be held over to answer to the grand jury.

**IT IS SO ORDERED**.

Signed April 1, 2022.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE